FILED
2016 Feb-09 PM 03:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED
2016 FEB -8 A 10: 17
U.S. DISTRICT COURT
N.D. OF ALABAMA

FORM TO BE USED BY A PERSON FILING A PETITION FOR
WRIT OF HABEAS CORPUS UNDER 28 U.S.C. §2241

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALABAMA

Roxanne Williams 81826-053
D.O.B 9/14/1981 FCI Aliceville
P.O. Box 4000 Aliceville AL 35442
(Full name, date of birth, identification
number and address of the petitioner)

CV-16-AR-0223-W

v.

Civil Action No. ______________
(Leave blank. To be filled in by Court.)

Western District of New York.
2 Niagra Square
Buffalo NY 14202

(Full name and address of the respondent(s))

PETITION FOR WRIT OF HABEAS CORPUS

I. **Background**

A. Where are you detained?

- ☒ Federal Prison
- ☐ State Prison
- ☐ Local Jail or Detention Center
- ☐ Mental Health Facility
- ☐ Other, describe ______________________

B. If you have been convicted and sentenced, provide the following information:

1. Name and location of court which imposed sentence: Western District of New York, 2 Niagara Square, Buffalo NY 14202

2. Your criminal case number(s): 1:13CR00143-001.

3. The date you were sentenced: 7/9/2014.

4. The charges on which you were convicted: 18:1028A, 18:1001A, 18:1001A, 18:1542.

**C.** If you are awaiting trial on criminal charges, provide the following information:

1. Name and location of court in which charges are pending: ______________________.

2. Your criminal case number(s): ______________________.

3. List any hearing or trial dates which have been scheduled: ______________________.

4. List the charges that are pending against you: ______________________.

5. Your attorney's name, address and telephone number: ______________________.

**D.** If you are detained in a mental health facility, provide the following information:

1. How were you committed?

☐ By a court for evaluation.

☐ By a court after being found not criminally responsible.

☐ Involuntary civil commitment.

☐ Other, explain, ______________________.

2. When were you committed? ______________________________.

## II. Previous lawsuits

A. Have you filed other cases or motions in state or federal court dealing with the same facts as in this case?

YES ☐ NO ☐

B. If you answered YES, describe that case(s) or motion(s) in the spaces below.

**1.** Type of case or motion: ______________________________

______________________________.

**2.** Parties to the other case(s):

Petitioner: ______________________________

Respondent(s): ______________________________

**3.** Court (if a federal court name the district; if a state court name the city or county): ______________________________

**4.** Case No.: ____________________

**5.** Date filed: ______________________________

**6.** Name of judge that handled the case: ____________________

**7.** Disposition (won, dismissed, still pending, on appeal): ____________

______________________________

**8.** Date of disposition:

## III. Administrative proceedings

**A.** If you are in a Division of Correction facility, did you file an administrative remedy procedure request under DCD 185-001, et seq.?

YES ☐ NO ☐

**1.** If you answered YES:
**a.** What was the result? ______________________________

_______________________________________________

**b.** Did you appeal to the Commissioner?

YES ☐ NO ☐

2. If you answered NO to either of the questions above, explain why you did not file an administrative remedy procedure request or an appeal to the Commissioner. _______________________________________________

_______________________________________________

_______________________________________________

_______________________________________________

**3.** Did you file any other type of administrative complaint such as an appeal to the warden of an adjustment decision?

YES ☐ NO ☐

**4.** If you answered YES, explain what you filed and what was the result.

_______________________________________________

_______________________________________________

_______________________________________________

**B.** If you are in a Division of Correction facility **or** Patuxent Institution, did you file a complaint with the Inmate Grievance Office?

YES ☐ NO ☐

**1.** If you answered YES:

**a.** What was the result? _______________________________________________

_______________________________________________.

**b.** Did you appeal to the Circuit Court?

YES ☐ NO ☐

**c.** What was the result? ____________________

____________________.

**d.** Did you file an application for leave to appeal to the Court of Special Appeals?

YES ☐ NO ☐

**e.** What was the result?____________________

____________________.

**C.** If you are a state prisoner challenging a parole revocation decision, complete the following.

**1.** Date of revocation decision: ____________________

**2.** Did you appeal the revocation decision to the Circuit Court?

YES ☐ NO ☐

**3.** If you answered YES, what was the date of the Circuit Court's decision and what was the decision?

____________________

____________________

**4.** Did you appeal the decision of the Circuit Court?

YES ☐ NO ☐

**5.** If you answered YES, what was the result and the date of the decision?

____________________

____________________

**D.** If you are in a Federal facility, did you attempt to resolve your complaint informally?

YES ☑ NO ☐

**1.** If you answered YES:

**a.** Did you file a formal complaint to the warden?

YES ☑ NO ☐

**b.** Did you appeal the warden's decision to the Regional Director?

YES ☑ NO ☐

**c.** Did you appeal the Regional Director's decision to the Office of General Counsel?

YES ☑ NO ☐

**d.** What was the result? State judgement has been certified and verified and a copy is attached. A change to Federal Sentence.

**2.** If you answered NO to any of the questions above, explain why you did not file an administrative complaint or appeal .

______________________________________________

______________________________________________

______________________________________________

**E.** If you are a federal prisoner challenging a parole revocation decision, complete the following.

**1.** Date of revocation decision:______________________________.

**2.** Did you appeal the revocation decision to the National Appeals Board?

YES ☐ NO ☐

3. If you answered YES, what was the date of the National Appeals Board's

decision and what was the decision.

__________________________________________________

__________________________________________________

**F.** If you are <u>not</u> in a Division of Correction or Federal facility, is there a grievance procedure at your institution?

YES ☐ NO ☐

If your answer is YES:

**1.** Did you file a grievance?

YES ☐ NO ☐

**2.** If you filed a grievance what was the result? ____________________

__________________________________________________

**3.** If you did not file a grievance explain why not? __________________

__________________________________________________

**IV. Statement of claim**

(Briefly state the facts of your case. Include dates, times, and places. Explain why you believe you are improperly detained. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

See letter attached.

**V. Relief**

(State briefly what you want the Court to do for you)

I would like the court to grant me credit for my time in federal custody which began on 7/26/2014.

**I DECLARE UNDER THE PENALTIES OF PERJURY THAT THE INFORMATION ABOVE IS TRUE AND CORRECT.**

SIGNED THIS 25 day of, January, 2016.

B. Williams

(original signature of petitioner)

FCI Aliceville

PO Box 4000

Aliceville AL, 35442

(address of petitioner)

---

FROM: 81876053
TO:
SUBJECT: me
DATE: 12/08/2015 02:29:28 PM

I was arrested on July 28, 2012 for the following case #13cr00143. At the time of my arrest I has three outstanding warrants. One for New York State, and two for New Jersey State. I was turned over to New York state on august 13, 2012 and was sentenced to a term of one year for said case. While serving my sentence for New York state I was transferred into Federal custody for an initial appearance for the above case, after which I was returned to complete my New York State one year sentence. Upon Completion Of my new York State sentence on May 11, 2013, I was transferred to New Jersey state (Passaic County) and took a plea for "time served" for case# 11-04-332-1. After my court date I was "release on my own recongnance " and given a court date to be sentenced. I was then transferred into Somerset county New Jersey's custody for a "violation of Probation" hearing. On my first appearance for my V.O.P hearing, I sign a plea for "time served" and received a court date for July 29, 2013 to be sentenced. However the U.S. Marshalls picked me up on July 26, 2013 and I've been in federal custody since. On August 1, 2013 at my arraignment I was mandated into Federal custody. I was housed a several local county jails through out the western District of new York, eg. Alleghany County, Cattaraugus County and Niagara County jails. At the date of my Federal sentencing The Probation Department of Western New York, my sentencing Judge, Hon Judge Skretny and my attorney all agreed that I had 340 days jail credit as stated on my Pre Sentencing Report. However I never received that credit. After I was sentenced on my Federal case I was sent back to Passaic county New Jersey and was sentenced to "time served to be ran concurrent with my Federal sentence (see attached document from the clerk of Courts of Passaic County NJ). Somerset County New Jersey also dismissed the Violation of Probation.

# Change of Judgment of Conviction & Order for Commitment
## Sentence runs concurrent to Federal Sentence
## Superior Court of New Jersey, PASSAIC County

**State of New Jersey v.**

| Last Name | First Name | Middle Name |
|---|---|---|
| WILLIAMS | ROXANNE | J |

Also Known As

| Date of Birth | SBI Number | Date(s) of Offense |
|---|---|---|
| .981 | 631084C | 09/24/2010 |

| Date of Arrest | PROMIS Number | Date Ind / Acc / Complt Filed | Original Plea | Date of Original Plea |
|---|---|---|---|---|
| 09/24/2010 | 10 004290-002 | 04/12/2011 | ☐ Not Guilty ☐ Guilty | |

Adjudication By ☑ Guilty Plea ☐ Jury Trial Verdict ☐ Non-Jury Trial Verdict ☐ Dismissed / Acquitted Date: 05/13/2013

## Original Charges

| Ind / Acc / Complt | Count | Description | Statute | Degree |
|---|---|---|---|---|
| 11-04-00332-I | 1 | FRAUDULENT USE OF CREDIT CARD | 2C:21-6H | 3 |
| 11-04-00332-I | 3 | FRAUDULENT USE OF CREDIT CARD | 2C:21-6H | 3 |
| 11-04-00332-I | 5 | CONSPIRACY | 2C:5-2 | 3 |
| | | THEFT BY DECEPTION | 2C:20-4 | |

## Final Charges

| Ind / Acc / Complt | Count | Description | Statute | Degree |
|---|---|---|---|---|
| 11-04-00332-I | 1 | FRAUDULENT USE OF CREDIT CARD | 2C:21-6H | 3 |

## Sentencing Statement

It is, therefore, on 08/18/2014 **ORDERED** and **ADJUDGED** that the defendant is sentenced as follows:
Count 1 - Defendant sentenced to Time Served.
Counts 3 and 5 - Dismissed.

THIS SENTENCE SHALL RUN CONCURRENT TO THE SENTENCE THE DEFENDANT IS CURRENTLY SERVING IN FEDERAL PRISON.

All fines and penalties are reduced to a civil judgment.

☐ It is further ORDERED that the sheriff deliver the defendant to the appropriate correctional authority.

| Total Custodial Term | Institution Name | Total Probation Term |
|---|---|---|
| 000 Years 00 Months 491 Days | PASSAIC COUNTY JAIL-TIME SERVED | 00 Years 00 Months |

State of New Jersey v.
WILLIAMS, ROXANNE J

S.B.I. # 631084C Ind / Acc / Complt # 11-04-00332-I

## DEDR (*N.J.S.A.* 2C:35-15 and 2C:35-5.11)

A mandatory Drug Enforcement and Demand Reduction (DEDR) penalty is imposed for each count. (Write in number of counts for each degree.)

☐ DEDR penalty reduction granted (*N.J.S.A.* 2C:35-15a(2))

| | Standard | Doubled |
|---|---|---|
| 1st Degree | ____ @ $ | ____ @ $ |
| 2nd Degree | ____ @ $ | ____ @ $ |
| 3rd Degree | ____ @ $ | ____ @ $ |
| 4th Degree | ____ @ $ | ____ @ $ |
| DP or Petty DP | ____ @ $ | ____ @ $ |

Total DEDR Penalty $ ______

☐ The court further ORDERS that collection of the DEDR penalty be suspended upon defendant's entry into a residential drug program for the term of the program. (*N.J.S.A.* 2C:35-15e)

Forensic Laboratory Fee (*N.J.S.A.* 2C:35-20) ____ Offenses @ $ ______ | Total Lab Fee $ ______

## VCCA Assessment (*N.J.S.A.* 2C:43-3.1)

| Counts | Number | | Amount |
|---|---|---|---|
| 1 | 1 | @ | $ 50.00 |
| | | @ | $ |
| | | @ | $ |
| | | @ | $ |

Total VCCA Assessment $ 50.00

## Vehicle Theft / Unlawful Taking Penalty (*N.J.S.A.* 2C:20-2.1)

| Offense | Mandatory Penalty |
|---|---|
| | $ |

## Offense Based Penalties

| Penalty | Amount |
|---|---|
| | $ |

## Other Fees and Penalties

Law Enforcement Officers Training and Equipment Fund Penalty (*N.J.S.A.* 2C:43-3.3)
☑ $ 30.00

Safe Neighborhood Services Fund Assessment (*N.J.S.A.* 2C:43-3.2)
☑ 1 Offenses @ $ 75.00
Total: $ 75.00

Probation Supervision Fee (*N.J.S.A.* 2C:45-1d)
☐ $

Transaction Fee (*N.J.S.A.* 2C:46-1.1)
☐

Statewide Sexual Assault Nurse Examiner Program Penalty (*N.J.S.A.* 2C:43-3.6)
☐ ____ Offenses @ $
Total $

Domestic Violence Offender Surcharge (*N.J.S.A.* 2C:25-29.4)
☐ $

Certain Sexual Offenders Surcharge (*N.J.S.A.* 2C:43-3.7)
☐ $

Fine
$

Sex Crime Victim Treatment Fund Penalty (*N.J.S.A.* 2C:14-10)
☐ $

Restitution $ ______ Joint & Several ☐

Total Financial Obligation $ 155.00

## Additional Conditions

☑ The defendant is hereby ordered to provide a DNA sample and ordered to pay the costs for testing of the sample provided (*N.J.S.A.* 53:1-20.20).

☐ The defendant is hereby sentenced to community supervision for life. (If offense occurred before 1/14/04) (*N.J.S.A.* 2C:43-6.4)

☐ The defendant is hereby sentenced to parole supervision for life. (If offense occurred on or after 1/14/04) (*N.J.S.A.* 2C:43-6.4).

☐ The defendant is hereby ordered to serve a ______ year term of parole supervision, which term shall begin as soon as defendant completes the sentence of incarceration. (*N.J.S.A.* 2C:43-7.2).

☐ The court imposes a restraining order pursuant to DORA. (*N.J.S.A.* 2C:35-5.7(h)). Restraining Order expires ______

## Findings Per *N.J.S.A.* 2C:47-3

☐ The court finds that the defendant's conduct was characterized by a pattern of repetitive and compulsive behavior.

☐ The court finds that the defendant is amenable to sex offender treatment.

☐ The court finds that the defendant is willing to participate in sex offender treatment.

## License Suspension

☐ CDS / Paraphernalia (*N.J.S.A.* 2C:35-16) ☐ Waived

☐ Auto Theft / Unlawful Taking (*N.J.S.A.* 2C:20-2.1)

☐ Eluding (*N.J.S.A.* 2C:29-2)

☐ Other ______

Number of Months ______ ☐ Non-resident driving privileges revoked

Start Date | End Date

Details

Driver's License Number | Jurisdiction

If the court is unable to collect the license, complete the following:
Defendant's Address

City | State | Zip

Date of Birth | Sex ☐ M ☐ F | Eye Color

Details
ALL FINES REDUCED TO A CIVIL JUDGMENT.

State of New Jersey v.
WILLIAMS, ROXANNE J

S.B.I. # 631084C Ind / Acc / Complt # 11-04-00332-I

## Time Credits

| Time Spent in Custody *R.* 3:21-8 | Gap Time Spent in Custody *N.J.S.A.* 2C:44-5b(2) | Prior Service Credit |
|---|---|---|
| Date: From - To | Date: From - To | Date: From - To |
| 09/24/2010 - 09/24/2010 | - | - |
| 04/16/2013 - 08/18/2014 | - | - |
| Total Number of Days 491 | Total Number of Days | Total Number of Days |
| | **Rosado Time** Date: From - To<br>Total Number of Days | |

## Statement of Reasons - Include all applicable aggravating and mitigating factors

AGGRAVATING FACTORS

3. The risk that the defendant will commit another offense.

6. The extent of the defendant's prior criminal record and the seriousness of the offenses of which he/she has been convicted.

9. The need for deterring the defendant and others from violating the law.

MITIGATING FACTORS: None

The Aggravating Factors Outweigh the Mitigating Factors.

Sentenced in accordance with the plea agreement.

| Form Prepared By | Preparer Telephone Number |
|---|---|
| MARIA DEFEO | (973) 247-8317 |

| | |
|---|---|
| Attorney for Defendant at Sentencing<br>JEREMY H RICHMOND | Public Defender<br>☑ Yes ☐ No |
| Prosecutor at Sentencing<br>PIERRE LEANDRE | Deputy Attorney General<br>☐ Yes ☑ No |
| Judge at Sentencing<br>RAYMOND A. REDDIN | |
| Judge (Signature) [signature] | Date 8/24/15 |

This Email was Sent from your team in grand Prairie

| | |
|---|---|
| **From:** | Stephen Smith |
| **To:** | ALI/Correctional Sys |
| **Date:** | 9/4/2015 1:16 PM |
| **Subject:** | Fwd: Jail Credit |
| **Attachments:** | 81876053 ST DOC-4.pdf |

The state judgment has been verified and a certified copy is attached for your records. No change to federal sentence due to primary state custody at the time the state sentence was imposed and the federal sentence is silent. Stephen

STEPHEN P. SMITH
Classification & Computation Technician

U.S. Department of Justice

Federal Bureau of Prisons

# Regional Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: William Roxanne / 81671-055 / C-4 / [illegible]
LAST NAME, FIRST, MIDDLE INITIAL / REG. NO. / UNIT / INSTITUTION

**Part A - REASON FOR APPEAL**

Hi per my PSI Report and page 3. I am to receive 340 days of jail credit. I've been in Federal Custody since July 2013. My computation sheet shows otherwise which is a miscalculation.

Thank You

4-26-15
DATE

[signature]
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE

REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE

CASE NUMBER:

**Part C - RECEIPT**

CASE NUMBER:

Return to:
LAST NAME, FIRST, MIDDLE INITIAL / REG. NO. / UNIT / INSTITUTION

SUBJECT:

DATE

SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH KANSAS

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

# REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Williams Roxanne — 81876-053 — C-4 — Aliceville
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A– INMATE REQUEST** As per my PSR and my JOC I was to receive 540 days jail credit as I was in Federal Custody since July 16, 2013. My computation sheet shows otherwise which is a miscalculation. I'm requesting it be rectified. Thank you.

3-17-15
DATE

[signature]
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE** CASE NUMBER: ____________

CASE NUMBER: ____________

**Part C– RECEIPT**

Return to: ____________
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

ALI 1330.17
October 15, 2012
Attachment A

## INFORMAL RESOLUTION REQUEST (IRR) FORM

| Inmate Name | Roxanne Williams | Register Number | 81876-053 |
|---|---|---|---|

### INFORMAL RESOLUTION PROCESS

Briefly state the specific complaint, including details and facts which support your request and the date on which the basis for your complaint occurred, your recommended resolution, and the actions you have taken and to whom you have spoken to resolve your complaint in Section 1. Return the form to your Correctional Counselor or other Unit Team staff designated by the Unit. If all efforts at informal resolution fail, you will be issued a BP-9 form in which you may proceed in accordance with our policies and outlined in the institution supplement. The informal resolution process is not in any manner intended to prohibit you from pursuing complaints through this program. It is intended to ensure that all parties attempt to informally resolve an issue prior to initiating the formal process of filing an Administrative Remedy.

SECTION 1

Briefly state your specific complaint, recommended solution, and actions you have taken to resolve: (Please Print)

As evidenced in the PSI, I was to receive a years worth of good time, as I was in federal custody. My computation sheet shows 1 day, which is a gross miscalculated. It needs to be rectified.

SECTION 2

Date Received by Counselor for Response: 3-16-15 no response

Summary of fact-finding: ______

Actions taken to resolve informally: ______

Explain reasons for no resolution: ______

Date IRR form Issued to Inmate: 1-4-15 Unit Team Name (print): T. Lavata / [illegible]

Date IRR form Returned to Staff: 1-7-15 Unit Team Name (print): T Lavatori

Date Inmate Issued BP-9: 3/17/15 Unit Team Name (print): T. Lavatori

Date Unit Manager/Camp Administrator Reviewed & Signature:

SECTION 3

On ______ (date), this issue was informally resolved. Inmate Signature

______

Distribution: (1) If complaint is informally resolved, forward the original, signed and dated by the inmate, to the Correctional Counselor for filing. (2) If complaint is NOT informally resolved, forward original, attached to BP-9, to the Coordinator's office for processing by the Clerk.